IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEATHER ROBINSON, ) | |
| ) | 2:06-cv-1091-GEB-KJM |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | ORDER |
| ) | |
| STARBUCKS CORPORATION, a ) | |
| Washington corporation, ) | |
| ) | |
| Defendant. ) | |

On May 22, 2007, the parties filed a "Stipulation and [Proposed] Order for Discovery and Motion Continuance" in which they seek to continue the discovery cut-off date and the last hearing date for motions. (Stipulation at 2.) Since the parties stipulate to having the referenced portions of the September 1, 2006 Status (Pretrial Scheduling) Order ("Status Order") modified, and the modifications can be made in a manner that will not adversely affect the Court's docket, the good cause issue will not be reached.

Although the Stipulation indicated that "[t]he remaining scheduling and trial dates [shall] remain unchanged," granting the parties' requested changes will affect the date prescribed for the

1

Final Pretrial Conference.  Thus, to accommodate the parties' request, that date will also be modified.

        Therefore, the Status Order is modified as follows:

        (1)  Discovery shall be completed by August 20, 2007;

        (2)  the last hearing date for motions shall be September 24, 2007, at 9:00 a.m.; and

        (3)  the final pretrial conference shall commence at 2:30 p.m. on November 19, 2007.[1]

        IT IS SO ORDERED.

Dated:  May 22, 2007

                                    GARLAND E. BURRELL, JR.
                                    United States District Judge

---

[1] Accommodating the parties' requested modifications to the Status Order necessarily reduces the amount of time between the trial commencement date of January 29, 2008, and the final pretrial conference.  Because of this reduction, it is unlikely that a settlement conference supervised by a federal judge will be scheduled in this action.