1  CATHERINE A. CONWAY (SBN 98366)
   GREGORY W. KNOPP (SBN 237615)
2  MARK R. CURIEL (SBN 222749)
   STEPHANIE S. DER (SBN 240576)
3  **AKIN GUMP STRAUSS HAUER & FELD LLP**
   2029 Century Park East, Suite 2400
4  Los Angeles, CA  90067-3012
   Telephone:   310-229-1000
5  Facsimile:    310-229-1001
   cconway@akingump.com
6  gknopp@akingump.com
   mcuriel@akingump.com
7  sder@akingump.com

8  Attorneys for Defendant
   STARBUCKS CORPORATION
9

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| HEATHER ROBINSON,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>STARBUCKS CORPORATION,<br><br>　　　　　　Defendant. | CASE NO. 2:06-CV-01091-GEB-KJM<br><br>[Assigned to the Hon. Garland E. Burrell, Jr.]<br><br>**STIPULATION AND [PROPOSED] SCHEDULING ORDER**<br><br>Complaint filed:  May 19, 2006 |

6113251

STIPULATION AND [PROPOSED] SCHEDULING ORDER

1    WHEREAS, the parties previously sought and were granted a discovery extension on
2 May 22, 2007 so that defendant Starbucks Corporation could conclude the deposition of
3 plaintiff Heather Robinson on June 22, 2007 (Robinson had moved out of state);
4    WHEREAS, Robinson was unexpectedly unable to attend her June 22, 2007
5 deposition;
6    WHEREAS, the parties then rescheduled Robinson's deposition for July 18, 2007;
7    WHEREAS, plaintiff's counsel was unexpectedly unable to defend Robinson's
8 deposition on July 18, 2007 due to a conflicting trial and will be unable to defend the
9 deposition until the trial ends in August;
10   WHEREAS, the discovery cut-off (including the resolution of any discovery motions)
11 in the above-entitled action is currently set for August 20, 2007;
12   WHEREAS, the last date for hearing motions is currently set for September 24, 2007;
13 and
14   WHEREAS, the parties seek to preserve their opportunity to complete discovery and
15 bring any motions;
16 ///

1  IT IS HEREBY STIPULATED, by and between Starbucks and Robinson, through their attorneys of record, that:

1. The discovery cut-off be continued to October 17, 2007.

2. The last date for hearing motions be continued to December 17, 2007.

3. The November 19, 2007 final pretrial conference date be continued to a date to be set by the Court, on or after February 25, 2008.

4. The January 29, 2008 trial date be continued to a date to be set by the Court, on or after April 29, 2008.

Dated:  July 20, 2007                          AKIN GUMP STRAUSS HAUER & FELD LLP

By          / s /
Mark R. Curiel
Attorneys for Defendant
STARBUCKS CORPORATION

Dated:  July 20, 2007                          THE VELEZ LAW FIRM

By          / s /
Mark P. Velez
Attorneys for Plaintiff
HEATHER ROBINSON

Pursuant to the parties' stipulation:

1. The discovery cut-off is continued to October 17, 2007.

2. The last date for hearing motions is continued to December 17, 2007.

3. The November 19, 2007 final pretrial conference date is continued to February 25, 2008, at 11:00 a.m.

1     4.    The January 29, 2008 trial date is continued to June 3, 2008, at 9:00 a.m.

IT IS SO ORDERED.

Dated: July 24, 2007

_____
Honorable Garland E. Burrell, Jr.
United States District Judge

2
STIPULATION AND [PROPOSED] SCHEDULING ORDER