1

2

3

4

5

6

7

8                           UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

11   HEATHER ROBINSON,                )
                                      )         2:06-cv-01091-GEB-KJM
12                  Plaintiff,         )
                                      )
13        v.                          )         ORDER RE: SETTLEMENT,
                                      )         DISPOSITION, AND
14   STARBUCKS CORPORATION, a Washington)       SUPPLEMENTAL SCHEDULING
     State Corporation,                )
15                                     )
                    Defendant.         )
16   _____)

17        On December 3, 2007, Plaintiff filed a Notice of Case

18   Settlement in which she states "that this action has been settled" and

19   "requests that the Court set aside all briefing schedules and motion

20   hearings for a period of thirty-days so that the parties can execute a

21   general release and provide to the Court a Stipulated Request for

22   Dismissal with Prejudice."[1]  Therefore, in accordance with what is

23   deemed to be the parties' agreement, the hearing date for the motion

24   previously scheduled to be heard on December 17, 2007 shall be

25   February 11, 2008, at 9:00 a.m., provided that motion is timely

26   renoticed for hearing on that date; the final pretrial conference is

27   rescheduled to commence at 2:30 p.m. on April 21, 2008; and a

28

_____

        [1]     Plaintiff appears to misspeak when referencing "motion
hearings" since the only motion hearing scheduled was set for
December 17, 2007; Defendant appears to recognize this since on
December 4, 2007, Defendant filed a notice taking that matter
"off calendar."

1  dispositional document shall be filed no later than January 2, 2008.[2]

2  Failure to respond by this deadline may be construed as consent to

3  dismissal of this action without prejudice, and a dismissal order

4  could be filed.  See L.R. 16-160(b) ("A failure to file dispositional

5  papers on the date prescribed by the Court may be grounds for

6  sanctions.").

7          IT IS SO ORDERED.

8  Dated:  December 6, 2007

9

10  _____
    GARLAND E. BURRELL, JR.

11  United States District Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

       [2]     The Rule 16 scheduling order is not vacated, because
26  the mere representation that an action has been settled does not
    justify removal of the action from a district court's trial
27  docket.  Cf. Callie v. Near, 829 F.2d 888, 890 (9th Cir. 1987)
    (indicating that a representation that claims have been settled
28  does not necessarily establish the existence of a binding
    settlement agreement).